**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**THE ESTATE OF PETER SACCHI, KNOWN AND UNKNOWN HEIRS AND DEVISEES OF PETER SACCHI, STEPHANIE SACCHI COMBS, STEPHEN SACCHI and SAMUEL SACCHI, MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES, and YELLOWSTONE COUNTY, a political subdivision of the State of Montana,**<br><br>**Defendants.** | **CV 19-26-BLG-SPW-TJC**<br><br>**ORDER GRANTING MOTION FOR PUBLICATION OF SUMMONS** |

Upon motion of Plaintiff, United States, for an order directing Defendants, The Estate of Peter Sacchi, and Unknown Heirs and Devisees, to appear, plead or answer in accordance with 28 U.S.C. § 1655 (Doc. 19), and it appearing to the Court that this is an action to foreclose a reverse mortgage on real property located in Fergus County, Montana, within this district, described as follows:

> Lot 6, Block 2, of Sunset Subdivision, in the city of Billings, Yellowstone County, Montana, according to the official plat on file in the office of the Clerk and Recorder of said County, under Document #430343

Common Address: 1219 12th Street West, Billings, Montana.

IT IS HEREBY ORDERED that the Clerk of District Court shall issue the Summons for Publication;

IT IS FURTHER ORDERED that the Summons for Publication be published in *Billings Gazette*, a newspaper published in Yellowstone County, Montana, once a week for six (6) consecutive weeks;

IT IS FURTHER ORDERED that the Defendants, the Estate of Peter Sacchi, Known and Unknown Heirs and Devisees, are directed to appear, plead, answer or otherwise move with respect to the Complaint herein, within twenty one (21) days after the last date of publication.

DATED this 3rd day of May, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge